IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO ROMAN,

    Plaintiff,                    No. CIV S-11-0284 EFB P

    vs.

EDWARD WASHINGTON, et al.,

    Defendants.              <u>ORDER</u>

                                /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Currently pending is plaintiff's April 19, 2011 motion to withdraw action.  Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A).  Defendants have not yet appeared in this action.

        Accordingly, it is ORDERED that this case is dismissed without prejudice.

DATED: April 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE